**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| David Murray, et al. | * |
| Plaintiff(s) | *   Case No.: __AW 07 CV 2261__ |
| vs. | * |
| Alulim Willow Property Group, LLC | * |
| Defendant(s) | * |

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Eric Menhart__, am a member in good standing of the bar of this Court. My bar number is __16869__. I am moving the admission of __Christopher Aldo Porco__ to appear *pro hac vice* in this case as counsel for __Plaintiffs__.

We certify that:

1.   The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2.   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Michigan (2004) | USDC So. Dist. Indiana (2004) |
| District of Columbia (2006) | USCA 7th Circuit (2005) |
| | |
| | |

3.   During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

U.S. District Court (Rev. 3/19/2007) - Pro Hac Vice                                                                Page 1 of 3

5.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Eric Menhart | Christopher Aldo Porco |
| Printed Name | Printed Name |
| Cyberlaw: The Technology Law Firm | The Law Offices of Christopher Aldo Porco, PLLC |
| Firm | Firm |
| 401 E. Jefferson St., Suite 201, Rockville MD 20850 | 910 17th St. NW, Suite 800, Washington, DC 20006 |
| Address | Address |
| 240.606.7092 | 202.331.4444 |
| Telephone Number | Telephone Number |
| 240.539.6235 | 202.331.4451 |
| Fax Number | Fax Number |

*************************************************************

**ORDER**

☑ GRANTED   ☐ DENIED

August 30, 2007
Date

**Felicia C. Cannon**
Clerk, United States District Court