Murray et al v. Alulim Willow Property Group, LLC et al                                                                                        Doc. 6

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

David Murray, et al.,

    Plaintiffs,

V.

Alulim Willow Property Group, LLC,
John St. Augustine McDonald,
Adoria Doucette,
James P. Cook, and
Does 1-50,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE  8:07-cv-02261-AW

TO: (Name and address of Defendant)

Alulim Willow Property Group, LLC
300 Massachusetts Avenue NW #108
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Aldo Porco
The Law Offices of Christopher Aldo Porco, PLLC
910 17th Street NW, Suite 800
Washington, DC 20006

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE: September 24, 2007

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

David Murray, et al.,

    Plaintiffs,

V.

Alulim Willow Property Group, LLC,
John St. Augustine McDonald,
Adoria Doucette,
James P. Cook, and
Does 1 -50,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE 8:07-cv-02261-AW

TO: (Name and address of Defendant)

John St. Augustine McDonald
300 Massachusetts Avenue NW #108
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Aldo Porco
The Law Offices of Christopher Aldo Porco, PLLC
910 17th Street NW, Suite 800
Washington, DC 20006

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

September 24, 2007
DATE

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

David Murray, et al.,

    Plaintiffs,

V.

Alulim Willow Property Group, LLC,
John St. Augustine McDonald,
Adoria Doucette,
James P. Cook, and
Does 1-50,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE 8:07-cv-02261-AW

TO: (Name and address of Defendant)

Adoria Doucette
1672 Oak Street NW
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Aldo Porco
The Law Offices of Christopher Aldo Porco, PLLC
910 17th Street NW, Suite 800
Washington, DC 20006

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

DATE: September 24, 2007

(By) DEPUTY CLERK