IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **David Murray** )<br>Plaintiffs )<br>)<br>v. )<br>)<br>**Alulim Willow Property Group, LLC, et al.** )<br>Defendants )<br>) | Civil Action # AW 07 CV 2261 |

## STATUS MEMO

Plaintiffs, through counsel, file this status memo, and states as follows:

1. Plaintiffs have made good faith attempts at service on Defendants based on information presently available to Plaintiffs.

2. Unfortunately, as expected, Plaintiffs were unable to effectuate service, because the addresses the Defendants used in their communications with Plaintiffs are inaccurate.

3. Plaintiffs are waiting for a ruling on their "Motion for Leave to Conduct Discovery on Facts Relevant to Identity of Defendants." Plaintiffs are ready and willing to conduct discovery as to the Defendants' true identities as soon as the court grants the motion.

_____   11/08/2007
Eric J. Menhart                                    Date
CyberLaw P.C.
1200 G St, NW Suite 800
Washington, DC 20005
Bar ID #16869
Telephone: 202-434-8711 / Fax: 240-539-6235
eric.menhart@cyberlawonline.com